## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>           Defendants. | Case No. 0:11-cv-02552-DWF-SER<br><br>NOTICE OF DISMISSAL OF KNIGHT TRANSPORTATION, INC. WITH PREJUDICE |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Knight Transportation, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

>           */s/ Steven R. Daniels*
>           Steven R. Daniels
>           (Admitted *Pro Hac Vice)*
>           Farney Daniels LLP
>           800 S. Austin Avenue, Suite 200
>           Georgetown, TX  78626-5845
>           Telephone: 512-582-2820
>           Facsimile: 512-733-3623
>           sdaniels@farneydaniels.com
>
>           **Attorneys for Plaintiff**
>           **PJC Logistics, LLC**