**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>                       Defendants. | **Case No. 0:11-cv-02552-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF NAVAJO EXPRESS, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Navajo Express, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                                                     */s/ Steven R. Daniels*
                                                     Steven R. Daniels
                                                     (Admitted *Pro Hac Vice*)
                                                     Farney Daniels LLP
                                                     800 S. Austin Avenue, Suite 200
                                                     Georgetown, TX  78626-5845
                                                     Telephone: 512-582-2820
                                                     Facsimile: 512-733-3623
                                                     sdaniels@farneydaniels.com

                                                   **Attorneys for Plaintiff**
                                                   **PJC Logistics, LLC**