**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>                        Defendants. | **Case No. 0:11-cv-02552-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF TRANSPORTATION COMMODITIES, INC. WITH PREJUDICE** |

      Plaintiff PJC Logistics, LLC hereby dismisses Defendant Transportation Commodities, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                                                        */s/ Steven R. Daniels*
                                                        Steven R. Daniels
                                                        (Admitted *Pro Hac Vice*)
                                                        Farney Daniels LLP
                                                        800 S. Austin Avenue, Suite 200
                                                        Georgetown, TX  78626-5845
                                                        Telephone: 512-582-2820
                                                        Facsimile: 512-733-3623
                                                        sdaniels@farneydaniels.com

                                                        **Attorneys for Plaintiff**
                                                        **PJC Logistics, LLC**