**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>Defendants. | **Case No. 0:11-cv-02552-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF HIGH COUNTRY TRANSPORTATION GROUP, LLC WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant High Country Transportation Group, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                                                  */s/ Steven R. Daniels*
                                                Steven R. Daniels
                                                (Admitted *Pro Hac Vice*)
                                                Farney Daniels LLP
                                                800 S. Austin Avenue, Suite 200
                                                Georgetown, TX  78626-5845
                                                Telephone: 512-582-2820
                                                Facsimile: 512-733-3623
                                                sdaniels@farneydaniels.com

                                                **Attorneys for Plaintiff**
                                                **PJC Logistics, LLC**