# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>    Defendants. | **Case No. 0:11-cv-02552-DWF-SER**<br><br>NOTICE OF DISMISSAL OF ACT TRANSPORTATION, LLC WITHOUT PREJUDICE |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Act Transportation, LLC has not yet answered the Complaint.  Accordingly, PJC Logistics, LLC voluntarily dismisses Act Transportation, LLC without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted October 21, 2011.

>  */s/ Steven R. Daniels*
> Steven R. Daniels
> (Admitted *Pro Hac Vice)*
> Farney Daniels LLP
> 800 S. Austin Avenue, Suite 200
> Georgetown, TX  78626-5845
> Telephone: 512-582-2820
> Facsimile: 512-733-3623
> sdaniels@farneydaniels.com
>
> **Attorneys for Plaintiff**
> **PJC Logistics, LLC**

1