**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>                  Defendants. | **Case No. 0:11-cv-02552-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF RSC EQUIPMENT RENTAL, INC. WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant RSC Equipment Rental, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 27, 2011.

                                      */s/ Steven R. Daniels*
                                      Steven R. Daniels
                                      (Admitted *Pro Hac Vice*)
                                      Farney Daniels LLP
                                      800 S. Austin Avenue, Suite 200
                                      Georgetown, TX 78626-5845
                                      Telephone: 512-582-2820
                                      Facsimile: 512-733-3623
                                      sdaniels@farneydaniels.com

                                      **Attorneys for Plaintiff**
                                      **PJC Logistics, LLC**