UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, et al.,<br><br>　　　　　　　Defendants. | No. 11-cv-2552 (DWF/SER) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, CR England, Inc., hereby states that it has no parent corporation and there is no publicly held corporation owning 10% or more of CR England, Inc.

Dated:  November 4, 2011　　　　　DORSEY & WHITNEY LLP


　　　　　　　　　　　　　　　　　By   s/ James Nichols
　　　　　　　　　　　　　　　　　　　Michael A. Lindsay #0163466
　　　　　　　　　　　　　　　　　　　lindsay.michael@dorsey.com
　　　　　　　　　　　　　　　　　　　612-450-7829
　　　　　　　　　　　　　　　　　　　James Nichols #0388096
　　　　　　　　　　　　　　　　　　　nichols.james@dorsey.com
　　　　　　　　　　　　　　　　　　　612-492-6782
　　　　　　　　　　　　　　　　50 South Sixth Street, Suite 1500
　　　　　　　　　　　　　　　　Minneapolis, MN  55402-1498

OF COUNSEL:

Rudolph A. Telscher, Jr.
HARNESS, DICKEY & PIERCE, PLC
7700 Bonhomme Avenue, Suite 400
St. Louis, MO  63105
(314) 726-7500
(314) 726-7501 – facsimile

*Attorneys for Defendant C.R. England, Inc.*