UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, et al.,<br><br>    Defendants. | No. 11-cv-2552 (DWF/SER) |

I hereby certify that on November 4, 2011, I caused the following documents:

- Corporate Disclosure Statement of C.R. England, Inc.;

- Answer and Counterclaims of C.R. England, Inc.;

- Notice of Appearance for Counsel for Michael A. Lindsay and James K. Nichols; and,

- Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Felicia J Boyd**
  felicia.boyd@btlaw.com,hjohnson@btlaw.com
- **James E. Canning**
  jcanning@cravath.com
- **Evan R. Chesler**
  echesler@cravath.com
- **L. Joe Coppedge**
  jcoppedge@sheacarlyon.com
- **Steven R Daniels**
  sdaniels@farneydaniels.com,mtibbit@farneydaniels.com

- **R. Mark Dietz**
  rmdietz@lawdietz.com
- **Keith R. Hummel**
  khummel@cravath.com
- **David S. Kahn**
  david.kahn@wilsonelser.com
- **Niall A MacLeod**
  niall.macleod@btlaw.com,trudy.paulson@btlaw.com,linda.peterson@btlaw.com
- **Aaron A Myers**
  aaron.myers@btlaw.com,landerson@btlaw.com
- **Douglas J Williams**
  doug.williams@btlaw.com,hjohnson@btlaw.com

Dated: November 4, 2011                             s/James K. Nichols
                                                    James K. Nichols