UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.*,<br><br>         Defendants. | No. 11-cv-2552 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, David S. Kahn, J. Scott Burris, Juan P. Rodriguez, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendant C.R. England, Inc. C.R. England, Inc. will continue to be represented by Michael A. Lindsay and James Nichols.

| | |
|---|---|
| Dated:  November 9, 2011 | BARNES & THORNBURG LLP, <br><br> s/ Douglas J. Williams <br> Douglas J. Williams (#117353) <br> Felicia J. Boyd (#186168) <br> Niall A. MacLeod (#269281) <br> Aaron A. Myers (#311959) <br> 225 South Sixth Street, Suite 2800 <br> Minneapolis, MN 55402-4661 <br> doug.williams@btlaw.com <br> felicia.boyd@btlaw.com <br> niall.macleod@btlaw.com <br> aaron.myers@btlaw.com <br> (612) 333-2111 <br><br> OF COUNSEL: <br><br> Evan R. Chesler <br> Keith R. Hummel <br> James E. Canning <br> CRAVATH, SWAINE & MOORE LLP <br> Worldwide Plaza <br> 825 Eighth Avenue <br> New York, NY 10019-7475 <br> echesler@cravath.com <br> khummel@cravath.com <br> jcanning@cravath.com <br> (212) 474-1000 <br><br> *Attorneys for Defendant C.R. England, Inc.* |