**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

Re:  <u>PJC Logistics, LLC v. ACT Transportation, LLC, et al.</u>
      Court File No. 11-CV-2552 (DWF/SER)

I hereby certify that on November 14, 2011, I caused the following documents:

- **Motion for Admission Pro Hac Vice of Rudolph A. Telscher, Jr.;**

- **Motion for Admission Pro Hac Vice of Matthew L. Cutler; and**

- **Motion for Admission Pro Hac Vice of Kara R. Fussner**

to be filed electronically with the Clerk of Court through ECF, and that ECF fill send an e-notice of electronic filing to the following:

- **Felicia J Boyd**
  felicia.boyd@btlaw.com,hjohnson@btlaw.com
- **James E. Canning**
  jcanning@cravath.com
- **Evan R. Chesler**
  echesler@cravath.com
- **L. Joe Coppedge**
  jcoppedge@sheacarlyon.com
- **Steven R Daniels**
  sdaniels@farneydaniels.com,mtibbit@farneydaniels.com
- **R. Mark Dietz**
  rmdietz@lawdietz.com
- **Keith R. Hummel**
  khummel@cravath.com
- **David S. Kahn**
  david.kahn@wilsonelser.com
- **Michael A Lindsay**
  lindsay.michael@dorsey.com,fairbairn.mary@dorsey.com
- **Niall A MacLeod**
  niall.macleod@btlaw.com,trudy.paulson@btlaw.com,linda.peterson@btlaw.com
- **Aaron A Myers**
  aaron.myers@btlaw.com,landerson@btlaw.com
- **Douglas J Williams**
  doug.williams@btlaw.com,hjohnson@btlaw.com

-2-

I further certify that I cause the proposed orders to be filed with the court via e-mail to the following magistrate judge whose hearing the motion:

- Honorable Donovan W. Frank
  frank_chambers@mnd.uscourts.gov

Dated:  November 14, 2011.                     By  s/James Nichols
                                                   James Nichols (#0388096)
                                                   nichols.james@dorsey.com
                                                   612-492-6782
                                                DORSEY & WHITNEY LLP
                                                50 South Sixth Street, Suite 1500
                                                Minneapolis, MN  55402-1498

                                                *Attorneys for Defendant C. R. England, Inc.*