IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>ACT TRANSPORTATION, LLC, *et al.*<br><br>             Defendants. | Civil Action No.: 11-cv-2552 (DWF/SER)<br>(Transferred from District of Nevada; Case Number 2:11-cv-00418) |

## JOINT ENTRY OF APPEARANCE FOR
## RUDOLPH A. TELSCHER, MATTHEW L. CUTLER AND KARA R. FUSSNER

Comes now, Rudolph A. Telscher, Matthew L. Cutler and Kara R. Fussner of Harness, Dickey & Pierce, P.L.C. to hereby enter their appearance on behalf of Defendant CR England, Inc..

December 7, 2011

Respectfully submitted,

HARNESS, DICKEY & PIERCE, P.L.C.

_____
Rudolph A. Telscher, Jr.
Missouri State Bar No. 41072MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri  63105
(314) 726-7500
FAX:  (314) 726-7501

*[Signature: Matthew Cutler]*

---

Matthew L. Cutler
Missouri State Bar No. 46305MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri 63105
(314) 726-7500
FAX: (314) 726-7501

*[Signature: K. Fussner]*

---

Kara R. Fussner
Missouri State Bar No. 54656MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, Missouri 63105
(314) 726-7500
FAX: (314) 726-7501

***Attorneys for Defendant CR England, Inc.***

60898970.1