IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC, *et al.,*<br><br>Defendants. | Civil Action No.: 0:11-cv-02552 (DWF/SER)<br><br>(Transferred from District of Nevada; Civil Action No. 2:11-cv-00418-GMN-CWH)<br><br>**STIPULATION OF DISMISSAL OF C.R. ENGLAND, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Date:  March 12, 2012

*/s/ Matthew L. Cutler*
Matthew L. Cutler
HARNESS, DICKEY & PIERCE, PLC
7700 Bonhomme Avenue, Suite 400
St. Louis, MO  63105
(314) 726-7500
Email:  rtelscher@hdp.com

**Attorneys for Defendant
C.R. England, Inc.**

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

**Attorneys for Plaintiff
PJC Logistics, LLC**