IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ACT TRANSPORTATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 0:11-cv-02552 (DWF/SER)<br><br>(Transferred from District of Nevada;<br>Civil Action No. 2:11-cv-00418-GMN-CWH)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiff PJC Logistics, LLC hereby files this Voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Gardner Trucking LLC has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses Defendant Gardner Trucking LLC, without prejudice pursuant to Rule 41(a)(1).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 12, 2012.　　　　　　*/s/ Steven R. Daniels*
　　　　　　　　　　　　　　　　　　Steven R. Daniels
　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24025318
　　　　　　　　　　　　　　　　　　FARNEY DANIELS LLP
　　　　　　　　　　　　　　　　　　800 S. Austin Ave., Suite 200
　　　　　　　　　　　　　　　　　　Georgetown, TX  78626
　　　　　　　　　　　　　　　　　　Telephone: (512) 582-2828
　　　　　　　　　　　　　　　　　　Facsimile: (512) 582-2829
　　　　　　　　　　　　　　　　　　E-mail: sdaniels@farneydaniels.com

　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　**PJC Logistics, LLC**