# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC Logistics, LLC, | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   11-cv-2552 DWF/SER |
| v. | |
| ACT Transportation, LLC, American Freightways, LP, Andrus Transportation Services, Inc., C.R. England, Inc., Central Refrigerated Service, Inc., D.P. Curtis Trucking, Inc., DATS Trucking, Inc., Design Logistics, LLC, GArdner Trucking, LLC, Hendrickson Trucking, Inc., High Country Transportation Group, LLC, Kelle's Transport Services, Inc., Knight Refrigerated, LLC, Knight Transportation, Inc., L.W. Miller Companies, Inc., Manuel Huerta Trucking, Inc., Navajo Express, Inc., North Park Transportation Co., RSC Equipment Rental, Inc., RSC Holdings, Inc., Silica Transport, Inc. (STI), Swift Transportation Co, LLC, and Transportation Commodities, Inc. | |
| Defendant(s) | |

It appearing that defendant(s) Hendrickson Trucking is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against Hendrickson Trucking

this 14th day of March, 2012.

RICHARD D. SLETTEN, CLERK

s/J. Zuech

(By)   J. Zuech                Deputy Clerk